UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RICHARD BELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:19 CV 1320 RWS |
| GATEWAY BLEND, LLC, | ) ) ) |
| Defendant. | ) |

## **MEMORANDUM AND ORDER**

As plaintiff has failed to supplement his motion to withdraw [10] as required by the October 10, 2019 Memorandum and Case Management Order [11],

**IT IS HEREBY ORDERED** that the motion to withdraw [10] is denied without prejudice to being refiled in compliance with the Memorandum and Order entered October 10, 2019.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of October, 2019.