UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RICHARD BELL, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4: 19 CV 1320 RWS |
| GATEWAY BLEND, LLC, | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on defendant's motion to vacate the order referring this case to mediation in light of a recent jury finding that plaintiff does not own the copyright at issue in this case. In light of plaintiff's agreement that mediation is inappropriate if defendant is contesting the validity of the copyright at issue (Doc. 20-4 at 2), the Court will grant the motion and vacate the referral to ADR. If validity of the copyright ceases to be an issue in this case, the parties should request another referral to mediation.

Accordingly,

**IT IS HEREBY ORDERED** that the motion to vacate ADR referral [19] is granted, and the Order Referring Case to Alternative Dispute Resolution [12] is vacated.

/s/ Rodney W. Sippel
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 27th day of November, 2019.