UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RICHARD BELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:19 CV 1320 RWS |
| | ) |
| GATEWAY BLEND, LLC, | ) |
| | ) |
| Defendant. | ) |

# **MEMORANDUM AND ORDER TO SHOW CAUSE**

In light of defendant's argument that this Court should dismiss plaintiff's case based upon a jury finding in *Bell v. Carmen Commercial Real Estate Servs.*, Case No. 1:16-cv-01174-JRS-MPB (S.D. Ind. Sept. 26, 2019), a case with post-trial motions pending and a likely appeal, as well as defendant's reliance on the reasoning employed by the district court in *Bell v. Davis*, Case No. 3: 19-CV-912-JR, 2019 WL 7372657 (D. Or. Dec. 31, 2019), a decision which is also on appeal, and mindful of the Court's obligation "to secure the just, speedy, and inexpensive determination of every action and proceeding," Fed. R. Civ. P. 1,

**IT IS HEREBY ORDERED** that each party shall show cause in writing within fourteen (14) days of the date of this Memorandum and Order why this case should not be stayed pending the disposition of appellate proceedings in the

aforementioned cases. The briefs shall not exceed five pages in length and shall be confined solely to discussion of a potential stay.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 6th day of April, 2020.